```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/2/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**ROBERT WEEKES**, *individually, and on behalf of all others similarly situated*,

                   **Plaintiff,**

            **-against-**

**THIRDLOVE, INC.,**

                   **Defendant.**

**21-cv-10232 (ALC)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty days.

**SO ORDERED.**

Dated:    February 2, 2022
               New York, New York

                                              **ANDREW L. CARTER, JR.**
                                            **United States District Judge**